UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK'S MINUTES

| CASE NO.: | 6:25-mj-1743-LHP | DATE: | July 14, 2025 |
|---|---|---|---|
| HONORABLE LESLIE HOFFMAN PRICE | | INTERPRETER: | Etienne Van Hissenhoven |
| UNITED STATES OF AMERICA v. JORGE LUIS URRIBARRI-VENTO | | LANGUAGE: | Spanish |
| | | ASSISTANT U.S. ATTORNEY: | Robert Sowell |
| | | DEFENSE COUNSEL: | Aziza Hawthorne |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Edward Jackson |
| TIME 2:35-2:55 | TOTAL: 20 mins | PRETRIAL: | Sofia Kollaian |
| | | COURTROOM: | 5D |

**PROCEEDINGS: INITIAL APPEARANCE**

(✓) Case called; appearances taken; procedural setting by the Court.

(✓) The Interpreter was sworn.

(✓) The Court inquired of the Defendant regarding competency.

(✓) Defendant advised of Rule 5c rights.

(✓) Parties were advised of the requirement pursuant to the Due Process Protections Act.

(✓) Oral motion for counsel. Motion was granted, and counsel was appointed in this district.

(✓) Defendant was advised of the charge(s) and penalties in the charging document.

(✓) No issues as to identity.

(✓) Oral motion by the Government for (✓) Detention ( ) Release

(✓) Oral motion for continuance of (✓) detention hearing ( ) preliminary hearing by (✓) Government.

(✓) The Court granted the (✓) oral motion for continuance.

(✓) The detention hearing is set for 7/16/25 at 10:30 AM. Order of Temporary Detention entered.